No. 93–19.   TENNESSEE *v.* BANE; and TENNESSEE *v.* SMITH. Sup. Ct. Tenn.   Motion of respondent John Michael Bane for leave to proceed *in forma pauperis* granted.

No. 93–5204.   IN RE ROUTT.   Motion of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until October 25, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), I would deny the petition for writ of habeas corpus without reaching the merits of the motion to proceed *in forma pauperis*.

No. 93–5417.   SCHMIDT *v.* UTAH ET AL.   C. A. 8th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied.   See this Court's Rule 39.8.   Petitioner is allowed until October 25, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.   JUSTICE STEVENS would deny the petition for writ of certiorari.

No. 93–5420.   BRAYALL ET VIR *v.* DART INDUSTRIES ET AL. C. A. 1st Cir.   Motion of petitioners for leave to proceed *in forma pauperis* denied.   Petitioners are allowed until October 25, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BLACKMUN and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.